[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13002

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

DUSTIN SINGLETON,

a.k.a. Sealed Defendant,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cr-14054-AMC-1

2                    Opinion of the Court                    23-13002

_____

Before BRANCH, LAGOA and ANDERSON, Circuit Judges.

PER CURIAM:

Edward D. Reagan, counsel for Dustin Muer Singleton in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Singleton's convictions and sentences are **AFFIRMED**.